NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARMOUR OF AMERICA,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

and

**ARMORWORKS, LLC,**
*Defendant.*

---

2011-5058

---

Appeal from the United States Court of Federal Claims in case no. 04-CV-1731, Judge Marian Blank Horn.

---

**ON MOTION**

---

**O R D E R**

Armour of America moves for a 60-day extension of time, until July 1, 2011, to file its principal brief, and for an extension of time, until August 10, 2011, for the

United States to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 2 0 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mary Elizabeth Bosco, Esq.
    Matthew H. Solomson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2011

JAN HORBALY
CLERK